LAW OFFICES OF STEVEN A. SERNA LLC
5300 Bergenline Avenue, Suite 300
West New York, New Jersey 07093
Telephone Number (201) 392-0303
Telecopier Number (201) 392-0323
By: Steven A. Serna, Esq.
Attorney for Debtor
Email: BK@Sernaesq.com

| In re:<br><br>ROSA M. LOPEZ,<br><br>                    Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 7<br><br>Case No.: 19-12239 RG<br><br>**NOTICE OF MOTION TO CONVERT CASE TO CHAPTER 13** |
|---|---|

PLEASE TAKE NOTICE that the undersigned, attorneys for the Debtor, Rosa M. Lopez, will apply to the above-named Court at the U.S. Bankruptcy Court House, Martin Luther King, Jr., Federal Building & Courthouse, 50 Walnut Street, 3rd Floor, Newark, New Jersey, in Courtroom #3E, on June 10, 2019 at 10:00 A.M., or as soon thereafter as counsel may be heard, for an Order Converting Case to Chapter 13.

TAKE FURTHER NOTICE that if you contest to this hearing, you must appear in Court on the date noted above and you are further required to file with the Court and serve on the undersigned a written response, in accordance with Rules of Court, no later than seven (7) days prior to the hearing date set forth herein. If a written response is not served and filed, the Court will treat this Motion as uncontested and may not conduct a hearing.

Dated: May 14, 2019                                          By: /s/ Steven A. Serna
                                                                          Steven A. Serna, Esq.
                                                                          Attorney for Debtor